IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES BURNETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-664 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE and BRENDA PHILLIPS, | § § | |
| | § | |
| Defendants. | § | |

## ORDER

The court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 54) and the objections filed thereto. After considering the memorandum, the objections, and all other relevant pleadings, the court finds that the objections are without merit and are overruled. The Memorandum and Recommendation is hereby **ADOPTED** by the court.

The court considers this case as appropriate for mediation. If the parties are not able to settle the case in the next 30 days, they will provide the court with the name, address, telephone number, e-mail address, and facsimile number of an agreed upon mediator or will request that the court ask a magistrate judge to conduct a settlement conference.

Non-dispositive motions (including motions in limine) will be filed by June 1, 2018.

The joint pretrial order will be filed by July 6, 2018. Docket call will be held on July 13, 2018, at 3:00 p.m., in Courtroom 9-B, 9th Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002.

**SIGNED** at Houston, Texas, on this 23rd day of March, 2018.

SIM LAKE
UNITED STATES DISTRICT JUDGE