United States District Court
Southern District of Texas
**ENTERED**
September 21, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES BURNETT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-16-0664 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, ESTELLE UNIT, et al., § | |
| § | |
| Defendants. § | |

### ORDER

Pursuant to the court's Order (Docket Entry No. 59) adopting the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 54), plaintiff's claims against defendant Brenda R. Phillips are **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas, on this 21st day of September, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE